# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: Vernon v. McGlone, et al.   Case Number: 1:22cv4890

An appearance is hereby filed by the undersigned as attorney for:
N. McGlone, Matthew Swalls, and J. Riggs

Attorney name (type or print): Daniel Noah Robbin

Firm: Illinois Attorney General

Street address: 100 W RANDOLPH ST FL 13

City/State/Zip: CHICAGO IL 60601

Bar ID Number: 6321386
(See item 3 in instructions)

Telephone Number: (312) 814-7199

Email Address: DANIEL.ROBBIN@ILAG.GOV

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✓ | |
| Are you acting as local counsel in this case? | | ✓ |
| Are you a member of the court's trial bar? | | ✓ |
| If this case reaches trial, will you act as the trial attorney? | ✓ | |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
   If appointed counsel, are you
   ☐ Federal Defender
   ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on November 10, 2022

Attorney signature: S/ *Daniel N. Robbin*
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015