# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Derrick Vernon, | ) |
| Plaintiff, | ) ) ) ) Case no. 1:22-cv-04890 |
| v. | ) ) ) The Honorable Matthew F. Kennelly |
| N. McGlone, *et al.*, | ) ) |
| Defendants. | ) |

### CERTIFICATE OF SERVICE OF DISCOVERY DOCUMENT

On January 13, 2023, I caused Defendants' First Supplemental Initial Disclosures under Rule 26(a)(1)(A), dated January 13, 2023, to be served upon the individuals listed below by placing the same into the custody of the United States Postal Service, postage prepaid, and properly addressed as follows:

Edward M. Fox
Ed Fox & Associates, Ltd.
118 N. Clinton St.
Suite 425
Chicago, IL 60661

On January 13, 2023, I further caused an electronic copy of the foregoing to be sent by electronic means to the following electronic mailing addresses: efox@efox-law.com; psadelski@efoxlaw.com.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on January 13, 2023

                                                Respectfully submitted,

                                                /s/ *Daniel N. Robbin*

KWAME RAOUL
Attorney General of Illinois

                                                DANIEL N. ROBBIN
                                                BAR NO. 6321386
                                                Assistant Attorney General
                                                Office of the Illinois Attorney General
                                                General Law Bureau, Prisoner Litigation
                                                100 W. Randolph St., 13th Fl.

Chicago, Illinois 60601
(312) 814-7199
daniel.robbin@ilag.gov