**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Derrick Vernon, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case no. 1:22-cv-04890 |
| ) | |
| v. ) | |
| ) | The Honorable Matthew F. Kennelly |
| N. McGlone, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### DEFENDANTS' SECOND UNOPPOSED MOTION TO EXTEND TIME TO FILE ANSWER AND AFFIRMATIVE DEFENSES

Defendants, N. McGlone and J. Riggs, by and through their attorney, Kwame Raoul, Attorney General of Illinois, hereby move this Court to extend the time within which they must answer Plaintiff's First Amended Complaint (ECF No. 4) to June 9, 2023. In support thereof, Defendants state:

1. On September 12, 2022, Plaintiff amended his complaint as a matter of course under Rule of Civil Procedure 15(a). (ECF No. 4.)

2. On January 12, 2023, Defendants Matthew Swalls, N. McGlone, and J. Riggs moved to dismiss Plaintiff's First Amended Complaint for failure to state a claim. (ECF Nos. 26-27.)

3. Since the filing of their Motion to Dismiss, there has been proactive and cooperative engagement between the Parties in both propounding and responding to discovery. All Parties have promptly responded to interrogatories; the Plaintiff has provided a substantial number of documents in line with his mandatory disclosures and the Defendants' requests for production. Further illustrating their cooperative efforts, the Defendants have disclosed over 1,000 pages of

pertinent records to the Plaintiff, with more disclosures forthcoming. Additionally, in a continued commitment to advancing the case, the Plaintiff's deposition has been scheduled for June 22, 2023, and will be conducted via remote means. This cooperative spirit demonstrates the Parties' collective endeavor to efficiently prepare the case for trial pursuant to the Court's scheduling order of November 16, 2022.

4. On April 24, 2023, this Court granted in part and denied in part Defendants' Motion to Dismiss, and ordered Defendants N. McGlone and J. Riggs to file their Answer by May 15, 2023. (ECF No. 45.)

5. On May 15, 2023, Defendants filed their first unopposed motion for an extension of time to file their Answer by June 2, 2023. (ECF No. 49.) On May 16, 2023, this Court graciously extended the time to answer by June 2, 2023. (Minute Entry, ECF No. 50.) Defendants respectfully request this Court's consideration for a second extension of time until June 9, 2023, to file their Answer to the Plaintiff's First Amended Complaint.

6. Good cause exists for an extension. *See* Fed. R. Civ. P. 6(b)(1)(A). On May 16, 2023, due to an unexpected departure from the Office of the Attorney General, undersigned counsel, AAG Robbin, was required to defend and take two previously-scheduled depositions in the Northern District of Illinois (NDIL), 21-cv-50184, and to ensure several other scheduled depositions could proceed during the week of May 22 when undersigned counsel was engaged in trial. Consequently, between May 22, 2023, and May 25, 2023, AAG Robbin was personally engaged in a four-day trial in the Northern District of Illinois, case number 18-cv-4984. This trial required substantial resources for preparation and participation.

7. Additionally, AAG Robbin's spouse had recently become ill, necessitating his presence at home on May 26 and 30. These combined circumstances — the prolonged trial, and

the sudden family illness — have posed significant challenges in adhering to the court's June 2, 2023, deadline.

8. Plaintiff's counsel stated he has no objection to this proposed seven-day extension. Further, this extension would not prejudice any party involved, as the Defendants' prospective affirmative defenses and factual positions related to the Plaintiff's First Amended Complaint should already be understood by the Plaintiff through the Defendants' responses during discovery. Additionally, both parties are participating cooperatively in the ongoing discovery process.

WHEREFORE Defendants N. McGlone and J. Riggs respectfully request that this Honorable Court grant them until June 9, 2023, to file their Answer to Plaintiff's First Amended Complaint, and to grant such further relief that may be just and proper.

Date: June 2, 2023

KWAME RAOUL
Attorney General of Illinois

Respectfully submitted,
N. MCGLONE
J. RIGGS

By: /s/ *Daniel N. Robbin*
DANIEL N. ROBBIN
BAR NO. 6321386
Assistant Attorney General
Office of the Illinois Attorney General
General Law Bureau, Prisoner Litigation
100 W. Randolph St., 13th Fl.
Chicago, Illinois 60601
(312) 814-7199
daniel.robbin@ilag.gov