IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DERRICK VERNON, | ) |
| | ) |
| Plaintiff, | ) Case No.: 22-cv-04890 |
| | ) |
| v. | ) |
| | ) |
| N. MCGLONE, J. RIGGS, VANESSA BELL, MATTHEW SWALLS, UNKNOWN and UNNAMED ILLINOIS DEPARTMENT OF CORRECTIONS PERSONNEL, | ) Honorable Matthew F. Kennelly |
| | ) |
| Defendants. | ) |

**UNOPPOSED MOTION FOR AN EXTENSION
OF THE DEADLINE TO AMEND THE COMPLAINT**

Plaintiff, through counsel, respectfully submits this unopposed motion to extend the deadline for amending the complaint. Both parties have conferred, and the Defendant does not oppose this motion.

1. The current deadline to amend the complaint as established by the Court in *Dkt. 15*, is set for July 31, 2023.

2. On June 15, 2023, the Plaintiff served subpoenas to each facility where he was incarcerated during the relevant sentence. The subpoenas requested the "full name and job title of the records office staff members responsible for calculating release dates" during the Plaintiff's tenure in each facility.

3. While counsel for IDOC supplied the requested information for several facilities, not all have complied. This data is crucial to the case, as it is needed to identify all potential defendants.

4.     Additional time is needed by the Plaintiff to discuss with the counsel for IDOC regarding the production of the requested information and/or to serve another subpoena that specifically requests documents containing this information.

5.     The circumstances detailed hereinabove provide good cause for this extension request, which is being proposed in good faith and is not intended for any improper purposes.

WHEREFORE, Plaintiff, by and through counsel, respectfully request that this Court grant this unopposed motion and extend the discovery deadline by thirty (30) days, or until September 30, 2023.

Respectfully submitted,

*/s/Peter T. Sadelski*
Peter T. Sadelski
ED FOX & ASSOCIATES
118 North Clinton Street, Suite 425
Chicago, Illinois 60661
(312) 345-8877
psadelski@efoxlaw.com
*Attorney for Plaintiff*