**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Derrick Vernon
                Plaintiff,

v.                                                                 Case No.: 1:22−cv−04890
                                                                   Honorable Matthew F. Kennelly

N. McGlone, et al.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 1, 2023:

      MINUTE entry before the Honorable Matthew F. Kennelly: Unopposed motion for extension of time [58] is granted, to the following extent: the deadline for amending the pleadings and adding parties is extended to 8/31/2023. (The motion specifically asked for a 30−day extension of the existing deadline, which is 7/31/2023, but then inconsistently asked for a new date of 9/30/2023.) (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.