## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Derrick Vernon, et al.
                         Plaintiff,

v.                                                Case No.: 1:22−cv−04890
                                                      Honorable Matthew F. Kennelly

N. McGlone, et al.
                         Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 29, 2023:

       MINUTE entry before the Honorable Matthew F. Kennelly: Telephonic motion hearing held on 9/29/2023. Plaintiff's motion for leave to amend [65] is granted. The second amended complaint is to be filed as a separate entry. The Clerk is directed to issue summons on the newly named defendants. A status report regarding the status of service is to be filed by 10/27/2023. Filing a response on the amended complaint is deferred pending on the completion of service on the defendants. Case is set for a telephonic status hearing on 11/3/2023 at 9:10 a.m. The following call−in number will be used for the hearing: 888−684−8852, access code 746−1053. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.