AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 22-cv-4890

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Kendra Elberson</u> was received by me on *(date)* <u>10/13/2023</u>.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☒ I returned the summons unexecuted because: <u>After several attempts including nights and weekend attempts, Nobody has answered the door. I was being watched on camera and the lights in the house came on right after I knocked. I believe I am being avoided</u> ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>0</u>.

I declare under penalty of perjury that this information is true.

Date: 10/23/2023

_____
Server's signature

Brian Taylor PERC 129-477072 Process Server
_____
*Printed name and title*

2314 S Route 59 #204, Plainfield, IL 60586
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Unsuccessful Attempt: Oct 15, 2023, 7:30 pm CDT at 20125 W Pockey Way, Elwood, IL 60421
No Answer and no cars in driveway.

2) Unsuccessful Attempt: Oct 16, 2023, 1:44 pm CDT at 20125 W Pockey Way, Elwood, IL 60421
No answer and no cars in driveway. They have security camera on front porch. Garbage cans are at the end of the driveway,, so not out of town or on vacation See attempt picture.

3) Unsuccessful Attempt: Oct 19, 2023, 7:07 pm CDT at 20125 W Pockey Way, Elwood, IL 60421
No answer and no cars in driveway. Lights came on in entry way and inside, but didn't see anyone. I heard the camera move as it is a dome camera and I could hear the electric motor of the camera moving and watching me. I believe that I the residents are avoiding service

4) Unsuccessful Attempt: Oct 21, 2023, 11:48 am CDT at 20125 W Pockey Way, Elwood, IL 60421
No answer. There were no cars on the driveway, but the garage is large. The security camera is mounted above the door.