### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| Derrick Vernon, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case no. 1:22-cv-04890 |
| ) | |
| v. ) | |
| ) | The Honorable Matthew F. Kennelly |
| Naomi McGlone, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### DEFENDANTS' COMBINED MOTION TO DISMISS, AND
### UNOPPOSED MOTION TO FILE OVERSIZED MEMORANDUM OF LAW

NOW COME Defendants Kendra Elberson, Lori Crafton, Sheila Bell, Ona Welch, Ernie Vanzant, Travis Wentworth, Naomi McGlone, Jane Riggs, and Tracy Perry ("Defendants"), by and through their attorney, Kwame Raoul, Attorney General of the State of Illinois, and hereby move to dismiss Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12(b)(3) for improper venue, and 12(b)(6) for failure to state a claim upon which relief can be granted. Alternatively, Defendants move to transfer this case to the Southern District of Illinois pursuant to 28 U.S.C. §§ 1391 and 1404. Defendants further move for leave to file their consolidated, oversized memorandum of law. In support of this motion, Defendants state the following:

1. Plaintiff, a former inmate of the Illinois Department of Corrections ("IDOC"), brings the instant suit under 42 U.S.C. § 1983 for an alleged violation of his Eighth Amendment right against cruel and unusual punishment while incarcerated.

2. According to the Complaint, Plaintiff served time in numerous IDOC facilities, most of which was spent outside the jurisdiction of this Court. (*See generally*, ECF No. 68.)

3. According to the Complaint, Plaintiff served approximately 71 days in an IDOC facility within the jurisdiction of this Court.

4. According to the Complaint, Plaintiff served approximately 1,606 days in IDOC facilities within the jurisdiction of the U.S. District Court for the Central District of Illinois.

5. According to the Complaint, Plaintiff served approximately 3,110 days in IDOC facilities within the jurisdiction of the U.S. District Court for the Southern District of Illinois.

6. As set forth more fully in Defendants' Memorandum in Support of their Motion to Dismiss Plaintiff's Complaint and Motion to Transfer Venue, filed contemporaneously herewith, venue is improper in this Court because a substantial portion of the events giving rise to this case occurred outside this District.

7. Furthermore, as set forth more fully in Defendants' Memorandum, and as supported by declaration, several of the Defendants involved in the instant suit are not residents of the Northern District, and it would be wholly difficult for them to litigate this suit in this District.

8. As such, Plaintiff's Complaint should be dismissed pursuant to Fed. R. Civ. P. 12(b)(3). In the alternative, this Court should transfer this matter to the Southern District of Illinois, as the District in which the most substantial portion of the events giving rise to this case took place, pursuant to 28 U.S.C. §§ 1391 and 1404.

9. Additionally, Plaintiff fails to state a claim upon which relief can be granted because (1) there are no allegations of why, as a matter of law, Plaintiff was kept in custody longer than he was lawfully permitted to be; (2) there is no proximate cause of injury as to Defendants Elberson, Crafton, Bell, Welch, and VanZant; (3) Plaintiff's claim is barred by the statute

of limitations as to all Defendants, and (4) Plaintiff fails to allege personal involvement in his "miscalculated sentence" as to Defendants Elberson, Crafton, and Swalls.

10. Plaintiff does not oppose Defendants' request to file their oversized, consolidated Memorandum of Law, which is contemporaneously filed with this instant Motion.

WHEREFORE, based on the foregoing, and based on the reasons set forth in their supporting memorandum, Defendants respectfully request that this Honorable Court grant their motion and dismiss Plaintiff's Complaint, or, in the alternative, transfer this matter to the Southern District of Illinois. Additionally, Defendants pray this Court grant leave to permit the filing of their consolidated 20-page Memorandum of Law.

Respectfully submitted,

KWAME RAOUL
Attorney General of Illinois

By: /Daniel N. Robbin/
DANIEL NOAH ROBBIN
Assistant Attorney General
Bar No. 6321386
100 W. Randolph St., 13th Fl.
Chicago, Illinois 60601
(312) 814-7199
daniel.robbin@ilag.gov