**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Derrick Vernon, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case no. 1:22-cv-04890 |
| | ) | |
| v. | ) | |
| | ) | The Honorable Matthew F. Kennelly |
| Naomi McGlone, *et al*., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION TO STAY ORAL DISCOVERY**

Defendants Kendra Elberson, Lori Crafton, Sheila Bell, Ona Welch, Ernie VanZant, Travis Wentworth, Naomi McGlone, Jane Riggs, and Tracy Perry ("Defendants"), by and through their attorney, Kwame Raoul, Attorney General of the State of Illinois, hereby move to stay oral discovery pending resolution of Defendants' Motion to Dismiss and their prospective Motion for Summary Judgment on Collateral Estoppel. In support thereof, Defendants state:

1.      Plaintiff, a former inmate of the Illinois Department of Corrections ("IDOC"), brings the instant suit under 42 U.S.C. § 1983 for an alleged violation of his Eighth Amendment right against cruel and unusual punishment while incarcerated. According to the Complaint, the substantial events that gives rise to Plaintiff's claim occurred outside the Northern District of Illinois. Specifically, he alleges that the Defendants miscalculated his sentence for a period of 14 years in the Central and Southern Districts of Illinois. (2d Am. Compl. ECF No. 68.)

2.      All Defendants have moved to dismiss and for entry of summary judgment on dispositive grounds. (ECF No. 110-111; 119-122.)

3.      On December 12, 2023, this Court orally pronounced that it would reconsider Defendants' first request to stay oral discovery upon their filing a Motion for Summary Judgment.

Page **1** of **2**

4.      Oral discovery should be stayed because Defendants' two dispositive motions establish, *prima facie*, that Plaintiff is foreclosed from pursing this action.

5.      Plaintiff has noticed eight depositions for January 9, 10, 11, 12, 18, 19, 24, 25, and 26. Further, Plaintiff states he will subpoena the depositions of Judge James D. Egan, Judge Margaret Brosnahan, and IDOC staff attorney Joel Diers.

6.      The cost of oral depositions will be substantial and unnecessary. All Defendants are retired except for Mr. Wentworth and Ms. McGlone, and Ms. Perry retires December 31. Additionally, Ms. Welch is 77 years old and a full-time caregiver for her disabled husband.

7.      For the reasons expressed in Defendants' prior Motion to Stay Oral Discovery (the positions and exhibits of which are incorporated herein), this Court should stay oral discovery until Defendants' dispositive motions are resolved. (ECF No. 113) (Defs.' 1st Mot. to Stay).

WHEREFORE, Defendants pray that this Honorable Court stay oral discovery pending resolution of their Motions to Dismiss and for Summary Judgment. (ECF Nos. 110-11, 119-22.)

                                        Respectfully submitted,

                                        KWAME RAOUL
                                        Attorney General of Illinois

                        By:     /Daniel N. Robbin/
                                        DANIEL NOAH ROBBIN
                                        Assistant Attorney General
                                        Bar No. 6321386
                                        100 W. Randolph St., 13th Fl.
                                        Chicago, Illinois 60601
                                        (312) 814-7199
                                        daniel.robbin@ilag.gov