**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1
Eastern Division**

Derrick Vernon
                         Plaintiff,

v.                                             Case No.: 1:22−cv−04890
                                                   Honorable Matthew F. Kennelly

N. McGlone, et al.
                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Saturday, December 23, 2023:

      MINUTE entry before the Honorable Matthew F. Kennelly: Defendants' motion to stay discover [123] is set for a telephonic hearing on 1/5/2024 at 9:00 AM, using call−in number 888−684−8852, access code 746−1053. Any submission by plaintiff under Fed. R. Civ. P. 56(d) is due by 1/3/2024. Plaintiff's motion to file oversized response instanter is granted [116]. Plaintiff should now file the response as a separate docket entry. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.